IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DAVID CHARLES SUSSMAN,**

    *Petitioner*,

v.                            Case No.: 4:20cv412-MW/EMT

**SECRETARY DEP'T OF CORRECTIONS,**

    *Respondent*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 45, and has also reviewed *de novo* Petitioner's objections, ECF No. 47. This Court has also considered, without hearing, Petitioner's motion for leave to file a second amended habeas petition. ECF No. 46. Petitioner seeks leave to file a second amended petition to "clarify that [Inmate] Brooks had already told Sussman his testimony would support Sussman's defense." *See* ECF No. 46 ¶ 4. In Petitioner's objections, he states, "Brooks personally told me he never received a DR for attacking me, was very remorseful, and fully intended to testify that he attacked me, and I never tried to hit him in defense." ECF No. 47 ¶ 3.

Neither Petitioner's objections, nor his motion for leave to file a second amended habeas petition changes the Magistrate Judge's conclusion that Petitioner has not shown that he was actually prejudiced in the DR proceedings, as set forth in the last two paragraphs of the analysis of Ground Two on pages 18-19 of the report and recommendation. Petitioner's assertions as to what Brooks said are still speculative. Moreover, the DR team considered evidence supporting Petitioner's defense, specifically, Petitioner's own statements and those of Inmate Pagano. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 45, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. Petitioner's motion for leave to file a second amended habeas petition, ECF No. 46, is **DENIED**. The Clerk shall enter judgment stating, "Petitioner's amended habeas petition challenging FDOC DR Log Nos. 102-160772 and 102-160773, ECF No. 33, is **DENIED**." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on October 1, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**